In the Matter of ALONZO O. BRISCOE et al., Respondents, and CHARLES COGEN et al., Interveners-Respondents, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK et al., Appellants.

Argued November 17, 1954; decided December 31, 1954.

706

*Adrian P. Burke, Corporation Counsel* (*W. Bernard Richland* and *Pauline K. Berger* of counsel), for appellants.

*Leonard M. Wallstein* and *Leonard M. Wallstein, Jr.,* for respondents and interveners-respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.